Rule accordingly.

### PALMER *against* EVERTSON.

ON certiorari to a Justice's Court. The action was assumpsit in the Court below, by Palmer against Evertson. Plea, the general issue; and that the suit should have been brought against the defendant and others as partners.

On trial, a verdict and judgment were given for the defendant; and one question here was, whether the non-joinder of others could be pleaded after the general issue.

*A plea in abatement, e. g non-joinder of others as defendants, cannot be received after a plea in bar, e g. the general issue.*

*L. Maison,* for the plaintiff in error.

*N. P. Tallmadge,* contra.

*Curia.* It should have been pleaded in abatement, and consequently came too late after a plea of the general issue. (Per Kenyon, Ch. J. 6 T. R. 770. Laws on Pleading, 108. Cas. Temp. Hardw. 135. 1 Mass. Rep. 358. 1 John. Cas. 101, 2.)

Judgment reversed.